IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| MuscleDriver USA, LLC, | ) |
| | ) C/A No. 0:11-1777-MBS-PJG |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **O R D E R** |
| Robert Chandler Smith and Web Ninjas, LLC, | ) |
| | ) |
| Defendants. | ) |

On July 22, 2011, Plaintiff MuscleDriver USA, LLC, filed an action against Defendants Robert Chandler Smith ("Smith") and Web Ninjas, LLC ("Web Ninjas"). On September 19, 2011, default was entered against Web Ninjas. Because Smith is represented *pro se*, this action was referred to United States Magistrate Judge Paige J. Gossett for pretrial handling pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2), D.S.C.

On October 11, 2011, Smith filed a motion to dismiss for lack of personal jurisdiction and for improper venue, or, in the alternative, to transfer the action to the Western District of Texas. On April 17, 2012, the Magistrate Judge issued a Report and Recommendation recommending that Smith's motion be denied. No party objected to the Report and Recommendation.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). This court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1). This court may also receive further evidence or recommit the matter to the

Magistrate Judge with instructions. *Id.* In the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

This court has thoroughly reviewed the record. The court adopts the Report and Recommendation and incorporates it herein by reference. Smith's motion to dismiss or transfer the action is denied. The action is recommitted to the Magistrate Judge for further pretrial handling.

**IT IS SO ORDERED**.

s/ Margaret B. Seymour
Chief United States District Judge

Columbia, South Carolina

May 17, 2012